FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EUN JU JEGAL-KIM, | No. 07-72819 |
| Petitioner, | Agency No. A098-266-278 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Eun Ju Jegal-Kim, a native and citizen of South Korea, petitions for review

of the Board of Immigration Appeals' order dismissing her appeal from an

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

immigration judge's removal order.  We have jurisdiction pursuant to 8 U.S.C. § 1252.  We deny the petition for review.

The agency properly determined that it lacked jurisdiction to consider Jegal-Kim's application for a U Visa.  *See Ramirez Sanchez v. Mukasey*, 508 F.3d 1254, 1255-56 (9th Cir. 2007) (per curiam) (United States Citizenship and Immigration Services has sole jurisdiction over the issuance of U Visa petitions); *see also Lee v. Holder*, Nos. 07-71193 & 07-71916, 2010 WL 1131452 (9th Cir. Mar. 25, 2010) (per curiam).

Jegal-Kim's remaining contention is not persuasive.

**PETITION FOR REVIEW DENIED.**

07-72819